1030

[No. 64533-1-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL ALANIZ LEYVA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01912-6, Gerald L. Knight, J., entered November 20, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64567-6-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRI LYNN CARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00962-1, Michael T. Downes, J., entered December 9, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[No. 64678-8-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN JOHN ELKEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04444-5, Regina S. Cahan, J., entered December 21, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 64721-1-I. Division One. March 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK CHARLES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05590-1, Andrea A. Darvas, J., entered January 5, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Ellington, J.